UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 322 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | 19 Cr. 356 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencings currently scheduled for **August 5, 2020** will take place at **11:00 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code. No later than **July 31, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case numbers in the subject line.

Dated: New York, New York
       July 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge